**STATE OF NEW YORK** _____ **COUNTY**
**UNITED STATES DISTRICT COURT**

---

MICHAEL CRESPO _____ Plaintiff,   INDEX NO.: **05 CV 6402**

-against-

CREDIGY RECEIVABLES, INC,
CREDIGY SERVICES CORP, ET AL   Defendant,

**AFFIDAVIT OF SERVICE**

---

**STATE OF GEORGIA, COUNTY OF: GWINNETT** _____ ) SS

**ALONZO EVANS**, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding.

That on: 8/3/2005, at: 2:07 PM at: 3950 JOHNS CREEK COURT, STE 100 SUWANEE, GA 30024
(address served)

I Served and or Non Served the within: SUMMONS WITH COMPLAINT AND DEMAND FOR JURY TRIAL on the defendant herein CREDIGY SERVICES CORP as follows;

____ By delivering to and leaving with personally _____, known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

____ By delivering to and leaving with personally _____, on the date and time above mentioned and at the address above mentioned, such person knowing the person to be served and associated with him, and after conversing with him, deponent believes him to be a person of suitable age and discretion, and by mailing a copy of the proceeding herein to said authorized person to the address and at the time stated above which is his last known address enclosed in a postpaid sealed wrapper in an official depository of the United States Postal Service.

__X__ By delivering to and leaving with: MARK, the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made such person at the place, time and date stated above.

____ By affixing a true copy of the same to the door of the actual place of business, dwelling place or usual place of abode stated above and by mailing a copy of the proceeding herein to said person to the address and on the date and time stated above.

Service was made in the manner stated in this paragraph because deponent was unable, with due dilligence, to find the proper or authorized person to be served or a person of suitable age and discretion at the place of business, dwelling place of usual place of abode stated above, having called there at the following times and dates.

1st attempt: _____ Time: _____
2nd attempt: _____ Time.: _____
3rd attempt: _____ Time': _____

____ By delivering to and leaving with the person named above at said address, upon information and belief the person served is an officer of the domestic corporation.

_____ named in this proceeding authorized to be served herein.

NOT FOUND Comments: _____

Deponent further states upon information and belief that said person so served IS/IS NOT in the Military service of the State of GEORGIA or of the United States as the term is defined n either the State of Federal Statues.
Deponent further states that he describes the person actually served as follows;

**SEX**   **SKIN COLOR**   **HAIR COLOR**   **AGE (APPROX)**   **HT.**   **WT.**   **OTHER ID. FEATURES**
M: X     Black            BLK/BRN          38+                5'4"      240 lbs
F: __    White: X  Other: __

Sworn to before me this ___ day of _____ 2005   Process Server ALONZO EVANS