# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL CRESPO, | ) | Case No: 05 CV 6402 |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| CREDIGY RECEIVABLES, INC., | ) | |
| CREDIGY SERVICES CORP., | ) | |
| STEWART & ASSOCIATES, P.C., | ) | **AFFIDAVIT OF SERVICE** |
| AND KAREN A. DITSCH, ESQ., | ) | |
| Defendant | ) | |

STATE OF NEVADA ) :ss
COUNTY OF CLARK )

_Elizabeth Stovall_, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Las Vegas, Nevada. That on the _8th_ day of _September_, 2005 at _1:14_ AM/**PM** at _2877 Paradise Rd. #303, Las Vegas, NV 89109_, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL.

1. ☐ INDIVIDUAL — By Personally delivering to and leaving with _____, said individual, and that s/he knew the person so served to be the person mentioned and described in said writ.

2. ☐ CORPORATION — By delivering to and leaving with _____ and that s/he knew the person so served to be the _____ of the corporation, and authorized to accept service.

3. ☐ SUITABLE AGE PERSON — By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion, the said premises being the defendants/respondents ___ Dwelling place ___ Place of business ___ Last known address in Nevada

4. ☒ AFFIXING TO DOOR, ETC. — By affixing a true copy thereof to the door of said premises, which is respondents ___ Dwelling place _X_ Place of business ___ Last known address within Nevada

5. ☒ _See attached_ — Deponent was unable, with due diligence, to find respondent or a person of suitable age and discretion, thereat, having called there
on _____ at ___/M    on _____ at ___/M
on _____ at ___/M    on _____ at ___/M
Deponent describes the door as follows: _Brown w/ white trim_

6. ☒ MAILING — Mailed on: _9 September 2005_
Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depository under the exclusive card and custody of the United States Post Office in the State of Nevada, addressed to the defendant:

7. ☐ DESCRIPTION — The person receiving documents is described as follows:
Sex___ Skin Color___ Hair Color___ Facial Hair___
Approx. Age___ Approx. Height___ Approx. Weight___

8. ☐ MILITARY SERVICE — To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

_Elizabeth Stovall_
Process Server
NV State License No. 174a

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_9_ DAY OF _September_, 2005
_L E Whitehead_
NOTARY PUBLIC, CLARK COUNTY, NEVADA

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt. No. 99-59631-1
My Appt. Expires Nov. 30, 2007

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YOURK

MICHAEL CRESPO;

                Plaintiff(s),

vs.

CREDIGY RECEIVABLES, INC.; CREDIDY SERVICES CORP.; STEWART & ASSOCIATES, P.C.; AND KAREN A DITSCH, ESQ.

                Defendant(s),

Case No:    05 CV 6402

## AFFIDAVIT OF DUE DILIGENCE

STATE OF NEVADA    ) :ss
COUNTY OF CLARK    )

John Henry and Elizabeth Stovall, licensed to serve civil process in the State of Nevada under license #174a, being first duly sworn according to law, deposes and says: That at all times herein affiants were and are citizens of the United States, over the age of 18 years, and not a party to nor interested in the within.

That on the 1st day of August, 2005, affiant received a Summons and Complaint and Demand for Jury Trial, with instructions to serve the same upon Credigy Receivavles, Inc., through Mr. Steve Stewart as President.

That a possible address of 2877 Paradise Rd., Ste. 303, Las Vegas, NV 89109, was provided. That, attempts to locate the defendant or obtain information from residents were made on the following dates by Elizabeth Stovall:

| | |
|---|---|
| 8 Aug 05 @ 10:00 am | Had trouble finding this address |
| 11 Aug 05 @ 4:36 pm | Address is Turnberry Place. The Security Guard stated that Steven Stewart is at the Riviera Turnberry, but the person in the office stated that there was no Steven Stewart at this location, nor any other company officer. |

That, attempts to locate the defendant or obtain information from residents were made on the following dates by John Henry:

| | |
|---|---|
| 15 Aug 05 @ 2:30 pm | No one home. Did confirm that Steve Stewart does live at the given address. |
| 16 Aug 05 @ 2:30 pm | Not home. Front desk stated that Mr. Stewart is out of town for 2-weeks. |
| 17 Aug 05 @ 12:00 pm | Not home. Told again that Mr. Stewart is out of town. |
| 29 Aug 05 @ 5:00 pm | Security guard will still let me in, but the person at the front desk will no longer let me go to #303. |
| 31 Aug 05 @ 10:23 am | Talked to David at the front desk. Mr. Stewart is finally back in town, but is not in right now. |
| 31 Aug 05 @ 8:23 pm | Spoke with Mr. Stewart on the phone from the front desk. He refused to accept service and would not open the door. |

That, a 'nail and mail' was authorized by the client and the paperwork was returned to Elizabeth Stovall, who Posted the documents on Mr. Stewart's door on the 8th day of September, 2005. A copy of the documents were then mailed to the defendant on the 9th day of September, 2005, by personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid, addressed to the defendant.

Further, affiant sayeth naught.

_Elizabeth Stovall_
ELIZABETH STOVALL

_John Henry_
JOHN HENRY
PROCESS SERVERS, INC.
216 S. Seventh St., Ste. #2
Las Vegas, NV 89101-5722
(702) 643-2280
NV State License No. 174a

SUBSCRIBED AND SWORN to before me
this _13_ day of _September_ 2005
_L E Whitehead_
NOTARY PUBLIC for said County and State



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt. No. 99-59631-1
My Appt. Expires Nov. 30, 2007