USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
MICHAEL CRESPO,

                Plaintiff,      :    **O R D E R**

   - against -                              :    05 Civ. 6402 (NRB)

CREDIGY RECEIVABLES, INC.,
CREDIGY RECEIVABLES CORP.,
STEWART & ASSOCIATES, P.C.,
and KAREN A. DITSCH, ESQ.,

                Defendants.
--------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      It having been reported to this Court that this case has been settled, it is

      **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            March 21, 2006

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE